## UNITED STATES of America, Appellant, v. Lelia Isadora HOWELL, Administratrix of the Estate of Charlie Herman Howell, and Lelia Isadora Howell, Individually, Appellee.

### No. 3643.

Circuit Court of Appeals, Fourth Circuit.

May 22, 1934.

J. R. McCrary, U. S. Atty., and Thos. C. Carter, Asst. U. S. Atty., both of Greensboro, N. C.

R. H. McNeill, of Washington, D. C., and J. F. Jordan, of Wilkesboro, N. C., for appellee.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.